UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| RAPID PHARMACEUTICALS, AG, | ) | |
| Plaintiff, | ) | Civil Action No. 15-cv-13161-NMG |
| | ) | |
| v. | ) | |
| | ) | |
| GAYTRI KACHROO, and ARISE | ) | |
| BIOPHARMA, INC. | ) | |
| Defendants. | ) | |
| | ) | |

**SUGGESTION OF BANKRUPTCY OF PLAINTIFF RAPID PHARMACEUTICALS AG**

Defendants and Counterclaim Plaintiffs Gaytri Kachroo and Arise BioPharma, Inc.

(collectively "Defendants") hereby state that they have learned that, on or about February 25,

2016, Plaintiff and Counterclaim Defendant Rapid Pharmaceuticals AG initiated bankruptcy

proceedings in the Cantonal Court of Canton Zug in Switzerland.

Respectfully submitted,

GAYTRI KACHROO AND
ARISE BIOPHARMA, INC.,

By their attorneys,

/s/ Michael J. Licker
Michael P. Boudett (BBO# 541815)
mboudett@foleyhoag.com
Michael J. Licker (BBO No. 678746)
mlicker@foleyhoag.com
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
617-832-1000

Date:  March 4, 2016

1

2

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing to be served upon counsel of record for all parties via the ECF filing system this 4th day of March, 2016.

/s/ Michael J. Licker
Michael J. Licker