UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| RAPID PHARMACEUTICALS, AG, | ) | |
| Plaintiff, | ) | Civil Action No. 15-cv-13161-NMG |
| v. | ) | |
| GAYTRI KACHROO, and ARISE BIOPHARMA, INC. | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

Plaintiff Rapid Pharmaceuticals AG ("Rapid AG") and Defendants Gaytri Kachroo and Arise Biopharma, Inc. (collectively, "Defendants") hereby respectfully file the following status report, and request that this Court continue to stay this action pending the resolution of bankruptcy proceedings. Rapid AG's bankruptcy proceedings are ongoing in the Cantonal Court of Canton Zug, Switzerland. The Parties therefore respectfully request that this Court maintain the bankruptcy stay entered in this case until the conclusion of Rapid AG's bankruptcy proceedings.

Respectfully submitted,

| For the Plaintiff, | For the Defendants, |
|---|---|
| RAPID PHARMACEUTICALS AG, | GAYTRI KACHROO AND ARISE BIOPHARMA, INC., |
| By its attorneys, | By their attorneys, |
| */s/ Maria T. Davis* | */s/ Michael J. Licker (MTD)* |
| David H. Rich (BBO# 634275) | Michael P. Boudett (BBO# 541815) |
| drich@toddweld.com | mboudett@foleyhoag.com |
| Maria T. Davis (BBO# 675447) | Michael J. Licker (BBO No. 678746) |
| mdavis@toddweld.com | mlicker@foleyhoag.com |
| Todd & Weld LLP | FOLEY HOAG LLP |
| One Federal Street | 155 Seaport Boulevard |
| Boston, MA 02110 | Boston, MA 02210-2600 |
| Tel: (617) 720-2626 | 617-832-1000 |
| Fax: (617) 227-5777 | |

Date:  December 15, 2017

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing to be served upon counsel of record for all parties via the ECF filing system this 15th day of December, 2017.

*/s/  Maria T. Davis*
Maria T. Davis